

# NUMBER 13-24-00494-CR

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI – EDINBURG

ANTONIO SUSTAITA JR.,                                                        Appellant,

v.

THE STATE OF TEXAS,                                                          Appellee.

## ON APPEAL FROM THE 389TH DISTRICT COURT
## OF HIDALGO COUNTY, TEXAS

## MEMORANDUM OPINION

**Before Justices Silva, Peña, and Cron**
**Memorandum Opinion by Justice Peña**

Appellant Antonio Sustaita Jr. filed a pro se notice of appeal from trial court cause number CR-1041-24-H, attempting to appeal a judgment of dismissal regarding the offense of aggravated assault with a deadly weapon. *See* TEX. PENAL CODE ANN. § 22.02(A)(2). On October 15, 2024, the Clerk of the Court notified appellant that it appeared that there was no appealable order. The Clerk requested appellant to correct

this defect, if possible, and notified appellant that the appeal would be subject to dismissal if the defect was not corrected. *See* TEX. R. APP. P. 37.1. Appellant did not file a response to the Clerk's directive or otherwise correct the defect in the appeal.

In a criminal appeal, "[t]he standard for determining jurisdiction is not whether the appeal is precluded by law, but whether the appeal is authorized by law." *Abbott v. State*, 271 S.W.3d 694, 696–97 (Tex. Crim. App. 2008); see *State ex rel. Lykos v. Fine*, 330 S.W.3d 904, 915 (Tex. Crim. App. 2011) (orig. proceeding). Thus, an appellate court has jurisdiction only from a final judgment of conviction, an appealable order, or when expressly granted by law. *See Abbott*, 271 S.W.3d at 696–97; *see generally* TEX. CODE CRIM. PROC. ANN. art. 44.02; TEX. R. APP. P. 25.2(a)(2).

The Court, having examined and fully considered the notice of appeal and the documents on file, is of the opinion that we lack jurisdiction over the appeal. *See Abbott*, 271 S.W.3d at 696–97. Accordingly, we dismiss this appeal for lack of jurisdiction.

L. ARON PEÑA JR.
Justice

Do not publish.
TEX. R. APP. P. 47.2(b).

Delivered and filed on the
6th day of February, 2025